UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 16-40737 |
|---|---|---|
| Charles Robinson | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER MODIFYING PLAN

This cause coming to be heard on Motion of the Debtor for entry of an Order modifying the Chapter 13 Plan; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the current plan default is deferred to the end of the Chapter 13 Plan of reorganization.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: November 04, 2020

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625